UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 11-17874 |
| District Court/Agency Case Number(s): | C11-02757 CW |
| District Court/Agency Location: | Northern California/ Oakland Division |
| Case Name: | Harms v. BAC HOME LOANS SERVICING, LP, et al |
| If District Court, docket entry number(s) of order(s) appealed from: | DOC 39 |
| Name of party/parties submitting this form: | Dale Harms, Plaintiff in Pro Per |

Please briefly describe the dispute that gave rise to this lawsuit.

Violations of Fair Debt Collection Practices Act (FDCPA), and California's Rosenthal Act. Judge Wilken granted the Defendant's Motion to dismiss under 12 (b) (6), and denied the Plaintiff's Motion to file and amended complaint. This was all done without any oral arguments, and no hearings. Judge Wilken cancelled all hearings right before the ADR phone consultaion held on 9/27/2011, and said she would decide based on the papers.

Briefly describe the result below and the main issues on appeal.

Judge Wilken failed to address all the "right in your face" evidence that Plaintiff provided to the court showing beyond a shadow of a doubt that the defendant's are guilty of the violations the plaintiff raised in his complaint. Plaintiff is confident that if looked at with unbiased eyes, and opinions, that the evidence presented in this case, proves the defendants are guilty, and the Appeal courts will clearly see that.

Describe any proceedings remaining below or any related proceedings in other tribunals.

Although Judge Wilken and the Defendant's attorney seem to think otherwise, the first federal case Plaintiff filed against these same two entities, HAS NOTHING to do with this case, and should have NO bearing whatsoever on the judgment of this case. There are no cases interrelated to this case at all. The first case was filed for completely other cuses of action. The case that is being appealed is simply whether the 3rd party debt collectors have followed the FDCPA, and Rosenthal Act.

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☐ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Dale Harms

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Plaintiff in Pro Per

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

**4:11-cv-02757-CW** Harms v. BAC Home Loans Servicing, L.P. et al
Claudia Wilken, presiding
**Date filed:** 06/07/2011
**Date terminated:** 11/23/2011
**Date of last filing:** 11/23/2011

# Parties

| | | |
|---|---|---|
| **BAC Home Loans Servicing, L.P.**<br>*Added: 06/07/2011*<br>*(Defendant)* | represented by | **Feather Devi Baron**<br>Reed Smith LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105<br>415.543.8700<br>415.391.8269 (fax)<br>fbaron@reedsmith.com<br>*Assigned: 07/01/2011*<br>*ATTORNEY TO BE NOTICED* |
| **Dale Harms**<br>2063 Main Street, #282<br>Oakley, CA 94561<br>925-625-0389<br>degarmo@sonic.net<br>*Added: 06/07/2011*<br>*(Plaintiff)* | represented by | **Dale Norman Harms**<br>2063 Main Street, Suite 282<br>Oakley, CA 94561<br>925-785-0389<br>degarmo@sonic.net<br>*Assigned: 06/13/2011*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Recontrust Company N.A.**<br>*Added: 06/07/2011*<br>*(Defendant)* | represented by | **Feather Devi Baron**<br>Reed Smith LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105<br>415.543.8700<br>415.391.8269 (fax)<br>fbaron@reedsmith.com<br>*Assigned: 07/01/2011*<br>*ATTORNEY TO BE NOTICED* |